

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00376-CV

**CHARLES EDMUND STAGGS,**

                                                                    **Appellant**

 **v.**

**DENNIS ALLAN DAVIS, JOYCE GUERRA,**
**LAKESHIA DAVIS AND BRENDA HOUGH,**

                                                                    **Appellees**

_____

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26058**

_____

## MEMORANDUM  OPINION

_____

The Clerk of this Court notified Charles Edmund Staggs by letter dated October 18, 2012 that his appeal was subject to dismissal because it appeared the order which was the subject of the attempted appeal was interlocutory and not appealable.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2012).  The Clerk also warned Staggs that the Court may dismiss this appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal.  Staggs timely provided a response, but he does not show grounds for continuing this appeal.

We have no jurisdiction of this appeal; accordingly, it is dismissed.

Staggs' request that the appeal be stayed until a dismissal of the underlying suit occurs is denied.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed November 8, 2012
[CV06]